UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KUYKENDALL, II,, | No. 2:20-cv-01590-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| SUPERIOR COURT OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Ronald Kuykendall, II ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 10.) Plaintiff has not filed any objections to the findings and recommendations.

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1

1. The Findings and Recommendations filed January 28, 2021 (ECF No. 10), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 110; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: March 19, 2021

Troy L. Nunley
United States District Judge

2